JOHN ELLIS (No. 59328)
Jellis@ellislegal.com
ELLIS LEGAL P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Telephone: (312) 967-7629

Attorneys for Defendants
BUMBLE INC.
BUZZ HOLDINGS L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| HOLLIS HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE, INC. and BUZZ HOLDINGS, L.P.<br>Defendants. | Case No. _____<br><br>**DECLARATION OF KATE URQUIOLA IN SUPPORT OF DEFENDANTS BUMBLE INC.'S AND BUZZ HOLDINGS L.P.'S NOTICE OF REMOVAL**<br><br>[Circuit Court of Cook County Case No. 2021-CH-5970] |

I, Kate Urquiola, hereby declare as follows:

1. I am employed by Bumble Trading LLC ("Bumble Trading") as Head of Product, Services, and Marketing Analytics. Bumble Trading is an indirect subsidiary of Defendants Bumble Inc. ("Bumble") and Buzz Holdings L.P. ("Buzz Holdings") (collectively, "Defendants"). I make the statements in this Declaration based upon my personal knowledge and based upon records maintained in the ordinary course of business. If called upon to do so, I could and would testify competently thereto.

2. I have worked at Bumble Trading for approximately four years. In the course of my duties, I have become familiar with Defendants' records regarding the Badoo app and the users of the Badoo app.

3. I understand that on November 30, 2021, Defendants received a copy of the complaint filed in the above-captioned action.

4. Based on reviewing the relevant records kept in the ordinary course of business, from November 24, 2016 to November 24, 2021, over 5,010 unique users of the Badoo app that are associated with registrations in Illinois verified their profiles on the Badoo app.

5. A review of Defendants' corporate records shows that Defendant Buzz Holdings L.P. is a Delaware limited partnership with its principal place of business in Texas. The only natural person in Buzz Holding's partnership chain is an individual domiciled in Austin, Texas. The only corporation in Buzz Holding's partnership chain is Defendant Bumble Inc., which is incorporated under the laws of Delaware and has a principal place of business in Austin, Texas, where its headquarters are located. The remaining partners or members that comprise the limited liability companies and limited partnerships in Buzz Holding's corporate organization structure are Delaware citizens.

I declare under penalty of perjury under the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed this 17th day of December, 2021 in Austin, Texas.

/s/ Kate Urquiola
Kate Urquiola