IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEMELLE HOWELL, individually and on behalf of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-06898 |
| v. | ) ) | Hon. Sharon Johnson Coleman |
| BUMBLE, INC., BUZZ HOLDINGS, L.P., and BUMBLE TRADING LLC | ) ) ) ) | Mag. Jeffrey Cole |
| Defendants. | ) | |

**DEFENDANTS BUMBLE INC., BUZZ HOLDINGS L.P., AND BUMBLE TRADING LLC'S MOTION TO DISMISS**

Defendants Bumble Inc., Buzz Holdings L.P., and Bumble Trading LLC respectfully request that this Court dismiss Plaintiff Kemelle Howell's Amended Class Action Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(2). The grounds for this Motion are set forth in Defendants' Memorandum in Support of their Motion to Dismiss filed contemporaneously with this Motion.

Dated: June 7, 20222            Respectfully submitted,

By: */s/ John C. Ellis*
    *Attorney for Specially Appearing Defendants*

John C. Ellis
ELLIS LEGAL P.C.
200 W. Madison Street, Suite 2670
Chicago, Illinois 60606
(312) 976-7629
jellis@ellislegal.com

Tiffany Cheung
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94104
(415) 268-7000
tcheung@mofo.com

Purvi G. Patel
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
ppatel@mofo.com

Katie Viggiani
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
kviggiani@mofo.com

## **CERTIFICATE OF SERVICE**

I, John C. Ellis, an attorney, certify that, on June 7, 2022, the foregoing was filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                     */s/ John C. Ellis*