# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kemelle Howell, et al.

                        Plaintiff,

v.                                            Case No.: 1:21–cv–06898
                                                              Honorable Lindsay C. Jenkins

Bumble, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Telephonic status hearing held. For the reasons stated on the record, joint motion for stay pending mediation [51] is granted. The case is stayed until December 29, 2023. By December 18, 2023, the parties shall file a status report regarding mediation. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.